

# THE THIRTEENTH COURT OF APPEALS

---

13-19-00491-CV

---

PROTOTYPE MACHINE COMPANY

v.

TOLEDO P. BOULWARE, INDIVIDUALLY AND AS TRUSTEE; JEWEL F. ROBINSON; 4-S RANCH; SHAVER BANDERA RANCH, LLC AS SUCCESSOR-IN-INTEREST TO DOS ANGELES, LP.; ZACH & KAYLA DAVIS; D.M.C. PARTNERS, LTD.; WILLIE JO DOOLEY, L.P.; HAYDEN G. HABY & DORIS Y. HABY; HAYDEN G. HABY, JR., & DENETTE HABY COATES; MELANIE & JOHN JONES IN THEIR CAPACITY AS JOINT REPRESENTATIVES OF THE BEN JONES SR. ESTATE AND BEN JONES JR. ESTATE; MCDANIEL FARMS, INC.; JUSTIN BURK D/B/A BURK FARMS; ROBERT E. CONDRY; JOHN BOERSCHIG, TULLY SHAHAN; KINNEY COUNTY GROUNDWATER CONSERVATION DISTRICT, AND GENELL HOBBS IN HER OFFICAL CAPACITY AS GENERAL MANAGER OF THE KINNEY COUNTY GROUNDWATER CONSERVATION DISTRICT

---

On Appeal from the
63rd District Court of Kinney County, Texas
Trial Court Cause No. 3469-A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 29, 2021